```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 10256
   CARL G. KOWAL
   MICHELLE M KOWAL                           CHAPTER 13

                                              JUDGE: BRUCE W BLACK
            Debtor
  SSN XXX-XX-7709    SSN XXX-XX-2997
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/24/08 .

2. The case was dismissed without confirmation, 09/26/2008.

3. The Debtor paid a total of $  3740.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MARKET STREET MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| MARKET STREET MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| GREYSTONE SOLUTIONS INC | SECURED | .00 | .00 | .00 |
| GREYSTONE SOLUTIONS INC | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | NOT FILED | .00 | .00 |
| NEUFAIRFIELD HOMEOWNERS | SECURED | .00 | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| INDIANA DEPT OF REVENUE | PRIORITY | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ADVENTIST HINSDALE HOSPI | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE PATHOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY HEALTHCARE PHY | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GOOD SAMARITAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| GREENPOINT MORTGAGE | UNSECURED | NOT FILED | .00 | .00 |
| WFNNB/HARLEM FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CARDIOVASCULAR ASSOCIATE | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| LAGRANGE WOMENS CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| MATERNAL FETAL MEDICINE | UNSECURED | NOT FILED | .00 | .00 |

```
MONITRONICS                UNSECURED       NOT FILED              .00          .00
PALOS BANK & TRUST CO      UNSECURED       NOT FILED              .00          .00
PALOS COMMUNITY HOSPITAL   UNSECURED       NOT FILED              .00          .00
PALOS EMERGENCY MEDICAL    UNSECURED       NOT FILED              .00          .00
QUEST DIAGNOSTICS          UNSECURED       NOT FILED              .00          .00
PROPERTY SPECIALISTS       UNSECURED       NOT FILED              .00          .00
ST MARGARETS HOSPITAL      UNSECURED       NOT FILED              .00          .00
STUDENT LOAN CORP          UNSECURED             .00              .00          .00
TRAVELERS INSURANCE        UNSECURED       NOT FILED              .00          .00
VILLAGE OF ORLAND PARK     UNSECURED       NOT FILED              .00          .00
WFNNB/HARLEM FURNITURE     UNSECURED       NOT FILED              .00          .00
       Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00          .00         .00           .00
PRINCIPAL PAID          .00          .00          .00         .00           .00
INTEREST PAID           .00          .00          .00         .00           .00
TOTAL PAID              .00          .00          .00         .00           .00
```

The Debtor's attorney, PATRICK A MESZAROS         , was allowed $   3500.00
and was paid $    726.00  direct and $   2774.00  through the plan.

The Trustee received $    155.25 .

Refunds to the Debtor totaled $    810.75 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 01/14/09                /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE



                              PAGE   2
         CASE NO. 08 B 10256 CARL G. KOWAL & MICHELLE M KOWAL